FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 16 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| RETAIL DIGITAL NETWORK, LLC, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> **TIMOTHY GORSUCH, as Director of the California Department of Alcoholic Beverage Control**, <br><br> Defendant-Appellee. | No.   13-56069 <br><br> D.C. No. <br> 2:11-cv-09065-CBM-PJW <br> Central District of California, <br> Los Angeles <br><br><br> **ORDER** |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be heard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.

Judge Owens did not participate in the deliberations or vote in this case.